THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM McLAUGHLIN,

    Plaintiff,

    v.

ABM INDUSTRIES, et al.,

    Defendants.

: CIVIL ACTION NO. 3:20-CV-2409
: (JUDGE MARIANI)

## ORDER

AND NOW, THIS __19th__ DAY OF APRIL 2021, upon consideration of Plaintiff's correspondence requesting that the Court dismiss Plaintiff's Complaint without prejudice (Doc. 5), **IT IS HEREBY ORDERS THAT:**

1. Plaintiff's Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**;

2. The Clerk of Court is directed to **CLOSE THIS CASE**.

Robert D. Mariani
United States District Judge